Matthew D. Haley, Esq.
State Bar No. 104493
THE HALEY LAW OFFICES, P.C.
1633 San Pablo Avenue
Oakland, California 94612-1505
Telephone: (510) 444-1881
Facsimile: (510) 444-5108

Attorney for Plaintiff
LANE BAULDRY

**IT IS SO ORDERED**
*Judge Susan Illston*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE BAULDRY,<br><br>           Plaintiff<br><br>v.<br><br>TOWN OF DANVILLE, COUNTY OF CONTRA COSTA, CITY OF PIEDMONT, Government Entities, MONA DAGGETT, CHRISTOPHER BUTLER, DEPUTY STEPHEN TANABE, DEPUTY TOM HENDERSON, SERGEANT ANDY WELLS and DOES 1 to 50, inclusive,<br><br>           Defendants | Case No.: 3:12-cv-03943-SI<br><br>STIPULATION REGARDING EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT |

Plaintiff Lane Bauldry and Defendants SERGEANT ANDY WELLS and the CITY OF PIEDMONT hereby stipulate as follows:

WHEREAS, the court granted plaintiff leave to amend his complaint against these defendants until November 30, 2012;

WHEREAS, plaintiff's counsel seeks additional one week's time in order to prepare and file the FIRST AMENDED COMPLAINT;

THE HALEY LAW OFFICES
A Professional Corporation
1633 SAN PABLO AVENUE
OAKLAND, CA 94512-1505
VOICE (510) 444-1881
FAX (510) 444-5108
EMAIL: matt@haleylaw.com

STIPULATION RE: EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT

1   WHEREAS, no party will be prejudiced by the extension of time to file the
2   amended complaint;
3   THEREFORE, the stipulating parties agree that the deadline for plaintiff to file his
4   First Amended Complaint is extended from November 30, 2012 up to and including
5   December 5, 2012.
6   IT IS SO STIPULATED.
7   Dated: November 28, 2012                    THE HALEY LAW OFFICES, P.C.

By: /s/ Matthew D. Haley, Esq.
    Matthew D. Haley, Esq.
    Attorneys for Plaintiff Lane Bauldry

Dated: November 28, 2012                    LOW, BALL & LYNCH

By: /s/ Dale L. Allen, Jr. Esq.
    Dale L. Allen, Jr. Esq.
    Attorney for Defendants
    Sergeant Andy Wells
    City of Piedmont

THE HALEY LAW OFFICES
A Professional Corporation
1633 SAN PABLO AVENUE
OAKLAND, CA 94612-1505
VOICE (510) 444-1881
FAX (510) 444-5106
EMAIL: mail@haleylaw.com

*STIPULATION RE: EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT*