George D. Niespolo (SBN 72107)
Allegra A. Jones (SBN 236518)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-mail: gdniespolo@duanemorris.com
       aajones@duanemorris.com

Attorneys for Defendant
MONA DAGGETT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE BAULDRY,<br><br>           Plaintiff,<br><br>   v.<br><br>TOWN OF DANVILLE, COUNTY OF CONTRA COSTA, CITY OF PIEDMONT, Government Entities, MONA DAGGETT, CHRISTOPHER BUTLER, DEPUTY STEPHEN TANABE, DEPUTY TOM HENDERSON, SERGEANT ANDY WELLS and DOES 1 to 50, inclusive,<br><br>           Defendants. | Case No.: 3:12-cv-03943-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER EXTENSION OF TIME FOR DEFENDANT MONA DAGGETT TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Plaintiff Lane Bauldry ("Plaintiff") and Defendant Mona Daggett ("Daggett") (collectively the "Stipulating Parties") hereby stipulate as follows:

WHEREAS, pursuant to the Stipulation and Order regarding Amendment of Complaint and Responses Thereto dated December 17, 2012 ("Stipulation and Order"), Plaintiff filed his second amended complaint, entitled "Amended Complaint for Damages for Violations of Civil Rights and Other Wrongs" (hereinafter "Second Amended Complaint"), on January 4, 2013;

WHEREAS, pursuant to the Stipulation and Order, and a further stipulation and order of the Court dated January 28, 2013, Daggett's current deadline for responding to the Second Amended Complaint is February 8, 2013;

WHEREAS, since Plaintiff filed Second Amended Complaint, the Stipulating Parties have continued to discuss this action and have agreed to extend the deadline for Daggett to answer or otherwise respond to the Second Amended Complaint to, and including, February 22, 2013;

WHEREAS, an extension of time for responding to the Second Amended Complaint is supported by good cause as it will not prejudice any party to this action and does not interfere with any court-mandated deadlines;

THEREFORE, the Stipulating Parties request that the Court extend the deadline for Daggett to respond to Plaintiff's Second Amended Complaint from February 8, 2013 to, and including, February 22, 2013.

**IT IS SO STIPULATED.**

Dated: February 8, 2013            **DUANE MORRIS LLP**

By: */s/ Allegra A. Jones*
Allegra A. Jones
Attorneys for Defendant
MONA DAGGETT

Dated: February 8, 2013            **THE HALEY LAW OFFICES**

By: */s/ Matthew Haley*
Matthew Haley
Attorneys for Plaintiff
LANE BAULDRY

ATTESTATION: Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

**ORDER**

**IT IS SO ORDERED.**

Dated: February __12__, 2013

_____
JUDGE OF THE U.S. DISTRICT COURT