IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID DUTCHER,

    Plaintiff,

v.

DON LAWSON,

    Defendant.

                                    /

No. C 12-01981 CRB

**ORDER REGARDING ATTENDANCE AT HEARING**

The Court is in receipt of a letter from James V. Fitzgerald, III, counsel for Defendant Don Lawson, regarding the parties' joint discovery plan. See 2/22/13 Letter (dkt. 67). The parties anticipate discussing the discovery plan with the Court at the upcoming case management conference on March 1, 2013, at 10:00 AM. Id. at 4. In order to facilitate that discussion, the Court DIRECTS that Assistant United States Attorney Hartley M.K. West also attend the case management conference.

**IT IS SO ORDERED.**

Dated: February 26, 2013

                                      CHARLES R. BREYER
                                      UNITED STATES DISTRICT JUDGE