1  George D. Niespolo (SBN 72107)
   Allegra A. Jones (SBN 236518)
2  **DUANE MORRIS LLP**
   Spear Tower
3  One Market Plaza, Suite 2200
   San Francisco, CA 94105-1127
4  Telephone: 415.957.3000
   Facsimile: 415.957.3001
5  E-mail: gdniespolo@duanemorris.com
           aajones@duanemorris.com
6
7  Attorneys for Defendant
   MONA DAGGETT

**MANDATORY CHAMBERS COPY**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE BAULDRY,<br><br>                    Plaintiff,<br><br>         v.<br><br>TOWN OF DANVILLE, COUNTY OF CONTRA COSTA, CITY OF PIEDMONT, Government Entities, MONA DAGGETT, CHRISTOPHER BUTLER, DEPUTY STEPHEN TANABE, DEPUTY TOM HENDERSON, SERGEANT ANDY WELLS and DOES 1 to 50, inclusive,<br><br>                    Defendants. | Case No.: 3:12-cv-03943-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER EXTENSION OF TIME FOR DEFENDANT MONA DAGGETT TO ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT** |

Plaintiff Lane Bauldry ("Plaintiff") and Defendant Mona Daggett ("Daggett") (collectively the "Stipulating Parties") hereby stipulate as follows:

WHEREAS, after the Court issued an order on April 23, 2013 granting in part and denying in part the motion to dismiss of defendants Sergeant Andrew Wells and the City of Piedmont, Plaintiff filed the "Third Amended Complaint for Damages, for Violations of Civil Rights and Other Wrongs" (hereinafter "TAC") on June 3, 2013;

WHEREAS, pursuant to joint stipulations including, most recently, the joint stipulation dated March 7, 2014 and this Court's related order which was signed on March 11, 2014 and filed with the court on March 12, 2014, Daggett's current deadline for answering the TAC is March 28, 2014;

1  WHEREAS, since Plaintiff filed TAC, the Stipulating Parties have continued to discuss this
2  action and have agreed to extend the deadline for Daggett to answer the TAC to, and including,
3  April 25, 2014;

4  WHEREAS, an extension of time for answering the TAC is supported by good cause as it
5  will not prejudice any party to this action and does not interfere with any court-mandated deadlines;

6  THEREFORE, the Stipulating Parties request that the Court extend the deadline for Daggett
7  to answer Plaintiff's TAC from March 28, 2014 to, and including, April 25, 2014.

8  **IT IS SO STIPULATED.**

10 Dated: March 28, 2014                    **DUANE MORRIS LLP**

12                                          By: /s/ Allegra A. Jones
                                                Allegra A. Jones
13                                              Attorneys for Defendant
                                                MONA DAGGETT

15 Dated: March 28, 2014                    **THE HALEY LAW OFFICES**

17                                          By: /s/ Matthew Haley
                                                Matthew Haley
                                                Attorneys for Plaintiff
18                                              LANE BAULDRY

20 ATTESTATION: Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the
21 filing of this document has been obtained from each of the other signatories thereto.

**ORDER**

24 **IT IS SO ORDERED.**

26 Dated: April 2, 2014

                                            JUDGE OF THE U.S. DISTRICT COURT

DM1\4553007.1                               2
STIPULATION RE: TIME TO ANSWER TO THIRD AMENDED COMPLAINT
CASE NO. 3:12-CV-03943-CRB