1  Matthew D. Haley, Esq.
   State Bar No. 104493
2  THE HALEY LAW OFFICES, P.C.
3  1633 San Pablo Avenue
   Oakland, California 94612-1505
4  Telephone: (510) 444-1881
   Facsimile:  (510) 444-5108
5
6  Attorney for Plaintiff
   LANE BAULDRY
7
8              **IN THE UNITED STATES DISTRICT COURT**
9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10
11 LANE BAULDRY,                        )  Case No.: 3:12-cv-03943-CRB
                                        )
12                Plaintiff             )  AMENDED
                                        )  STIPULATION AND PROPOSED
13 v.                                   )  ORDER REGARDING INITIAL
                                        )  DISCOVERY AND DISPOSITIVE
14 TOWN OF DANVILLE, COUNTY OF          )  MOTIONS
   CONTRA COSTA, CITY OF                )
15 PIEDMONT, Government Entities,       )  Date Action Filed: July 26, 2012
   MONA DAGGETT, CHRISTOPHER            )  Trial Date: Not Set
16 BUTLER, DEPUTY STEPHEN               )
   TANABE, DEPUTY TOM                   )
17 HENDERSON, SERGEANT ANDY             )
   WELLS and DOES 1 to 50, inclusive,  )
18                                      )
19                                      )
                                        )
20                Defendants.           )
                                        )
21                                      )

22        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LANE

23 BAULDRY ("Plaintiff") and Defendants COUNTY OF CONTRA COSTA, CITY OF

24 PIEDMONT, Government Entities, MONA DAGGETT, CHRISTOPHER BUTLER,

25 DEPUTY STEPHEN TANABE, DEPUTY TOM HENDERSON, SERGEANT ANDY

26 WELLS ("Defendants") (collectively, "Parties"), through their respective counsel of

27 record, as follows

28 ///

THE HALEY LAW OFFICES
A Professional Corporation
1633 SAN PABLO AVENUE
OAKLAND, CA 94512-1505
VOICE (510) 444-1881
FAX (510) 444-5108
EMAIL: matt@thehaleylaw.com

The Parties agree it is in the interest of justice and judicial economy to disclose and attempt to adjudicate certain dispositive motions at the earliest opportunity. To that end, the Parties hereby agree:

1.    Discovery, including depositions, related to the dispositive motions identified by the parties below in paragraph 5 will be completed by October 17, 2014.

2.    Depositions taken during this initial discovery period will be limited to topics relevant to the identified dispositive motions only; however, the Parties can agree to expand deposition topics, if appropriate.

3.    Initial dispositive motions will be filed no later than November 1, 2014. This order does not preclude the filing of any further dispositive motions, as appropriate, after this date.

4.    Hearings on initial dispositive motions will be heard on December 12, 2014.

5.    The Parties intend to file dispositive motions. The following initial dispositive motions are anticipated:

**PLAINTIFF**

Plaintiff intends to file a motion for partial summary judgment regarding whether Deputy Tanabe was acting "within the scope of his . . . employment as an employee of the public entity", pursuant to Government Code Section 825, at all relevant times set forth in Plaintiff's Complaint.

**DEFENDANTS**

All defendants intend to bring motions related the existence of liability under *Monell;* the application of Qualified Immunity; and the legality of the arrest at issue.

Defendant County of Contra Costa and Thomas Henderson intend to raise the following additional issues in their initial dispositive motions:  1) whether there has been a violation of Plaintiff's rights under the Fourteenth Amendment of the U.S. Constitution; 2) whether Plaintiff has a viable claim for conspiracy respecting any alleged violation of his constitutional rights; and 3) the immunities provided by California Penal Code sections 836.5 and 847(b) and California Government Code section 821.6.

THE HALEY LAW OFFICES
A Professional Corporation
1633 SAN PABLO AVENUE
OAKLAND, CA 94512-1505
VOICE (510) 444-1681
FAX (510) 444-0106
EMAIL: matt@haleylaw.com

*Amended Stipulation And Proposed Order Regarding Initial Discovery and Dispositive Motions*        2

To the extent that any party wishes to designate additional issues to be raised in the initial dispositive motions, that party must do so by notifying the other parties of such additional issues in writing by July 11, 2014.

6.      The Parties further agree that any election *not* to file or *not* to designate dispositive motions within the above-referenced timeframe does not preclude the ability to file a dispositive motion(s) at a later date.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

Dated: July 2, 2014                              **THE HALEY LAW OFFICES, P.C.**

                                        By:     /s/Matthew D. Haley
                                                Matthew D. Haley, Esq.
                                                Attorneys for Plaintiff Lane Bauldry

Dated: July 2, 2014                              **COUNTY OF CONTRA COSTA**

                                        By:     /s/ D. Cameron Baker
                                                D. Cameron Baker, Esq.
                                                Attorneys for Defendants
                                                County of Contra Costa
                                                Deputy Tom Henderson

Dated: July 2, 2014           **ALLEN, GLAESSNER, HAZELWOOD AND WERTH**

                                        By:     /s/     Dale Allen, Esq
                                                Dale Allen. Esq.
                                                Attorney for Defendants
                                                City of Piedmont
                                                Sergeant Andy Wells

Dated: July 2, 2014                              **DUANE MORRIS, LLP**

                                        By:     /s/Allegra A. Jones
                                                Allegra A. Jones, Esq.
                                                Attorney for Defendant
                                                Mona Daggett

THE HALEY LAW OFFICES
A Professional Corporation
1633 SAN PABLO AVENUE
OAKLAND, CA 94512-1505
VOICE (510) 444-1691
FAX (510) 444-6109
EMAIL: mals@haleylaw.com

*Amended Stipulation And Proposed Order Regarding Initial Discovery and Dispositive Motions*     3

1    Dated:  July 2, 2014                    **STEELE, GEORGE, SCHOFIELD & RAMOS**

2

3

4                                           By:  /s/ Geoffrey W. Steele
                                                  Geoffrey W. Steele, Esq.
5                                                 Attorney for Defendant
                                                  Christopher Butler
6

7    Dated:  July 2, 2014                    **EDRINGTON, SCHIRMER & MURPHY**

8

9

10                                          By:    /s/Keith R. Schirmer
                                                  Keith R. Schirmer, Esq.
11                                                Attorney for Defendant
                                                  Deputy Stephen Tanabe
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE HALEY LAW OFFICES
A Professional Corporation
1633 SAN PABLO AVENUE
OAKLAND, CA 94512-1505
VOICE (510) 444-1861
FAX (510) 444-5108
EMAIL: mail@haleylaw.com

**IT IS ORDERED AS FOLLOWS:**

Pursuant to the above Stipulation,

1.     Discovery, including depositions, related to the dispositive motions identified by the Parties by May 16, 2014 pursuant to their Stipulation will be completed by October 17, 2014.

2.     Depositions taken during this initial discovery phase will be limited to topics relevant to the identified dispositive motions only; however, the Parties can agree to expand deposition topics, if appropriate.

3.     Initial dispositive motions will be filed no later than November 1, 2014. This order does not preclude the filing of any further dispositive motions, as appropriate, after this date.

4.     Hearings on initial dispositive motions will be heard on December 12, 2014

Dated:        July 10, 2014                    By: _____

The Honorable Charles R. Breyer
United States District

IT IS SO ORDERED

Judge Charles R. Breyer

THE HALEY LAW OFFICES
A Professional Corporation
1633 SAN PABLO AVENUE
OAKLAND, CA 94512-1505
VOICE (510) 444-1601
FAX (510) 444-6108
EMAIL: mail@haleylaw.com