```
George D. Niespolo (SBN 72107)
Allegra A. Jones (SBN 236518)
```
**DUANE MORRIS LLP**
```
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile:  415.957.3001
E-mail:  gdniespolo@duanemorris.com
         aajones@duanemorris.com

Attorneys for Defendant
MONA DAGGETT
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE BAULDRY,<br><br>            Plaintiff,<br><br>    v.<br><br>TOWN OF DANVILLE, COUNTY OF CONTRA COSTA, CITY OF PIEDMONT, Government Entities, MONA DAGGETT, CHRISTOPHER BUTLER, DEPUTY STEPHEN TANABE, DEPUTY TOM HENDERSON, SERGEANT ANDY WELLS and DOES 1 to 50, inclusive,<br><br>            Defendants. | Case No.: 3:12-cv-03943-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER EXTENSION OF TIME FOR DEFENDANT MONA DAGGETT TO ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT** |

      Plaintiff Lane Bauldry ("Plaintiff") and Defendant Mona Daggett ("Daggett") (collectively the "Stipulating Parties") hereby stipulate as follows:

      WHEREAS, after the Court issued an order on April 23, 2013 granting in part and denying in part the motion to dismiss of defendants Sergeant Andrew Wells and the City of Piedmont, Plaintiff filed the "Third Amended Complaint for Damages, for Violations of Civil Rights and Other Wrongs" (hereinafter "TAC") on June 3, 2013;

      WHEREAS, pursuant to joint stipulations including, most recently, the joint stipulation dated August 29, 2014 and this Court's related order which was signed and filed with the court on September 4, 2014, Daggett's current deadline for answering the TAC is September 5, 2014;

///

1   WHEREAS, since Plaintiff filed the TAC, the Stipulating Parties have continued to discuss
2   this action and have agreed to extend the deadline for Daggett to answer the TAC to, and including,
3   September 12, 2014;
4   WHEREAS, an extension of time for answering the TAC is supported by good cause as it
5   will not prejudice any party to this action and does not interfere with any court-mandated deadlines;
6   THEREFORE, the Stipulating Parties request that the Court extend the deadline for Daggett
7   to answer Plaintiff's TAC from September 5, 2014 to, and including, September 12, 2014.
8   **IT IS SO STIPULATED.**

10  Dated: September 5, 2014                **DUANE MORRIS LLP**

12                                          By: */s/ Allegra A. Jones*
                                            Allegra A. Jones
                                            Attorneys for Defendant
13                                          MONA DAGGETT

15  Dated: September 5, 2014                **THE HALEY LAW OFFICES**

17                                          By: */s/ Matthew Haley*
                                            Matthew Haley
                                            Attorneys for Plaintiff
18                                          LANE BAULDRY

20  ATTESTATION: Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the
21  filing of this document has been obtained from each of the other signatories thereto.

22                                          **ORDER**

24  **IT IS SO ORDERED.**

26  Dated: _Ugrvgodgt": ."4236, 2014        _____
                                            JUDGE OF THE U.S. DISTRICT COURT