IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE BAULDRY,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Defendants. | No. C 12-03943 CRB<br><br>**REFERRAL ORDER** |

This case is referred to Magistrate Judge Maria Elena James for Settlement.

**IT IS SO ORDERED.**

Dated: February 3, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE