IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE BAULDRY,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Defendants. | No. C 12-03943 CRB<br><br>**ORDER DENYING ADMINISTRATIVE MOTION** |

   Plaintiff Lane Bauldry's Administrative Motion to Set a Special Status Conference (dkt. 180) is DENIED.

   **IT IS SO ORDERED.**

Dated: February 12, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE