**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF CONTRA COSTA**
Administration Building
651 Pine Street, 9th Floor
Martinez, CA 94553

(925) 335-1800
(925) 646-1078 (fax)
Writer's Direct Dial:
(925) 335-1890



**SHARON L. ANDERSON**
**COUNTY COUNSEL**

MONIKA L. COOPER
THOMAS L. GEIGER
MARY ANN McNETT MASON
Steven P. Rettig
**ASSISTANTS**

April 22, 2015

Magistrate Judge Joseph C. Spero
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

    Re:   *Lane Bauldry v. Town of Danville, et al.*
           USDC, Northern District, Case No. C12-3943 CRB

Dear Magistrate Judge Spero:

    I represent defendants Thomas Henderson and Contra Costa County in the above referenced action and request that Mr. Henderson be excused from attending the May 27, 2015 settlement conference. Mr. Henderson no longer works for the County and it would be a burden on him to have to attend the settlement conference. His son will be graduating from 8th grade and Mr. Henderson hopes to participate in some of the events surrounding the graduation, one or more of which could occur on that day.

    Mr. Henderson's absence will not impact the possibility of settlement. Scott Selby, Assistant Risk Manager, and I will be present at the mediation with authority to resolve the claims against Mr. Henderson. Matthew Haley, counsel for Plaintiff Bauldry, does not object to Mr. Henderson's absence.

**IT IS HEREBY ORDERED THAT**
Mr. Henderson shall be on telephone standby.
Dated: 4/23/15

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero

Sincerely,

SHARON L. ANDERSON
COUNTY COUNSEL

By: _____
Cameron Baker
Deputy County Counsel

DCB:tm

cc: Matthew D. Haley, Esq.