MATTHEW D. HALEY (Bar No. 104493)
THE HALEY LAW OFFICES
1633 San Pablo Avenue
Oakland, CA 94612
Telephone: (510) 444-1881
Facsimile: (510) 444-5108
Email: matt@haleylaw.com

FULVIO F. CAJINA (Bar No. 289126)
LAW OFFICE OF FULVIO F. CAJINA
311 Oak Street, Suite 108
Oakland, CA 94607
Telephone: (415) 601-0779
Facsimile: (510) 444-5108
Email: fulvio@cajinalaw.com

Attorneys for Plaintiff,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE BAULDRY, an individual;<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF DANVILLE, COUNTY OF CONTRA COSTA, CITY OF PIEDMONT, government entities; MONA DAGGET, CHRISTOPHER BUTLER, DEPUTY STEPHEN TANABE, DEPUTY TOM HENDERSON, SARGEANT ANDY WELLS, and Does 1-50, inclusive<br><br>Defendants. | Case No.: 3:12-cv-03943-CRB<br><br>**JOINT STIPULATION TO CONTINUE THE DEADLINE TO FILE OPPOSITION AND REPLIES IN CONNECTION WITH DEFENDANTS' MOTION FOR RECONSIDERATION; AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the deadline to submit an opposition to defendants'

1
JOINT STIPULATION TO CONTINUE THE DEADLINE TO FILE OPPOSITION AND REPLIES IN CONNECTION WITH DEFENDANTS' MOTION FOR RECONSIDERATION; AND [PROPOSED] ORDER

e

motion for reconsideration filed on June 22, 2015 be continued from July 6, 2015 to July 9, 2015, and the deadline for the submission of replies be continued from July 13, 2015 to July 16, 2015.

Good cause exists for such continuance given defendants' filing of an amended motion for reconsideration on June 25, 2015.

Such continuance would not delay compliance with any of the deadlines already ordered by the Court, including the hearing date for the above motion currently set for July 31, 2015 at 10:00 AM.

                            Respectfully submitted,

Dated: July 2, 2015                    THE HALEY LAW OFFICES

                            */s/ Matthew D. Haley*
                            MATTHEW D. HALEY
                            Attorney for Plaintiff LANE BAULDRY

Dated: July 2, 2015                    THE LAW OFFICE OF FULVIO F. CAJINA

                            */s/ Fulvio F. Cajina*
                            FULVIO F. CAJINA
                            Attorney for Plaintiff LANE BAULDRY

Dated: July 2, 2015                    EDRINGTON, SCHIRMER & MURPHY LLP

                            */s/ Keith R. Schirmer*
                            Keith R. Schirmer
                            Julia Levitskaia
                            Attorneys for Defendant STEPHEN TANABE

JOINT STIPULATION TO CONTINUE THE DEADLINE TO FILE OPPOSITION AND REPLIES IN CONNECTION WITH DEFENDANTS' MOTION FOR RECONSIDERATION; AND [PROPOSED] ORDER

e

Dated: July 2, 2015                         SHARON L. ANDERSON
                                            COUNTY COUNSEL

                                            __/s/ D. Cameron Baker_____
                                            D. CAMERON BAKER
                                            Deputy County Counsel
                                            Attorneys for Defendant TOM HENDERSON

**ORDER**

Upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that the filing deadline for the submission of an opposition is continued to July 9, 2015 and the deadline for the submission of replies is continued to July 16, 2015.

Dated: July 7, 2015                         _____
                                            Charles R. Breyer
                                            United States District Judge

e