**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF CONTRA COSTA**
Administration Building
651 Pine Street, 9th Floor
Martinez, CA 94553

(925) 335-1800
(925) 646-1078 (fax)
Writer's Direct Dial:
(925) 335-1890



**SHARON L. ANDERSON**
**COUNTY COUNSEL**

MONIKA L. COOPER
THOMAS L. GEIGER
MARY ANN MCNETT MASON
Steven P. Rettig
ASSISTANTS

October 20, 2015

Magistrate Judge Joseph C. Spero
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

      Re:    *Lane Bauldry v. Town of Danville, et al.*
             USDC, Northern District, Case No. C12-3943 CRB

Dear Magistrate Judge Spero:

      I represent defendants Thomas Henderson and Contra Costa County in the above referenced action and request that Mr. Henderson be excused from attending the October 27, 2015 settlement conference.  Mr. Henderson no longer works for the County and it would be a burden on him due to child care duties to have to attend the settlement conference.  The Court previously excused Mr. Henderson from attending the May 27, 2015 settlement conference subject to Mr. Henderson being available via telephone.  *See* ECF No. 187.

      Mr. Henderson's absence will not impact the possibility of settlement.  Scott Selby, Assistant Risk Manager, and I will be present at the mediation with authority to resolve the claims against Mr. Henderson.  Additionally, Mr. Henderson will be available via telephone.  Matthew Haley, counsel for Plaintiff Bauldry, does not object to Mr. Henderson's absence.

                                       Sincerely,

                                       SHARON L. ANDERSON
                                       COUNTY COUNSEL

Dated: October 22, 2015

                                       By: _____
                                          Cameron Baker
                                          Deputy County Counsel

DCB:tm

    cc: Matthew D. Haley, Esq.

[STAMP: GRANTED — Judge Joseph C. Spero — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]